```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE SALAZAR-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.  CR. S-10-0490-FCD |
|---|---|
|        Plaintiff, | ) STIPULATION AND ORDER |
|                   | ) TO CONTINUE STATUS CONFERENCE |
|     v.            | ) |
| JOSE SALAZAR-HERNANDEZ | ) Date:  January 18, 2010 |
|                   | ) Time:  10:00 a.m. |
|        Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

    IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JOSE SALAZAR-HERNANDEZ, that the status conference hearing of January 10, 2011 be vacated, and the matter be set for status conference hearing on January 18, 2011 at 10:00 a.m.

    The reason for the continuance is to allow the parties additional time to negotiate a resolution in this matter. In addition, defense counsel will be in San Francisco at the Ninth Circuit Court of Appeals for oral argument in *United States v. Rogelio Espinoza-Baza*, C.A. 09-10398. The parties agree a continuance is necessary for this purpose,

1 and agree to exclude time under the Speedy Trial Act accordingly.

2     IT IS STIPULATED that the period from the signing of this Order, up
3 to and including January 18, 2011 be excluded in computing the time
4 within which trial must commence under the Speedy Trial Act, pursuant to
5 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
6 of counsel.

7 Dated: December 27, 2010

8                                   Respectfully submitted,

9                                   DANIEL BRODERICK
                                  Federal Defender
10

11                                 */s/ Douglas Beevers*

12                                 DOUGLAS BEEVERS
                                Assistant Federal Defender
13                                 Attorney for Defendant
                                JOSE SALAZAR-HERNANDEZ
14

15 Dated: December 27, 2010

16                                 BENJAMIN B. WAGNER
                                United States Attorney
17

18                                 */s/ Michele Beckwith*

19                                 MICHELE BECKWITH
                                Assistant U.S. Attorney
20

21

22                                     **ORDER**

23     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24 ordered that the status conference hearing presently set for January 10,
25 2011, be continued to January 18, 2010 at 10:00 a.m. Based on the
26 representation of defense counsel and good cause appearing therefrom, the
27 Court hereby finds that the failure to grant a continuance in this case
28 would deny defendant reasonable time necessary for effective preparation,

1  taking into account the exercise of due diligence. The Court finds that
2  the ends of justice to be served by granting a continuance outweigh the
3  best interests of the public and the defendant in a speedy trial. It is
4  ordered that time from the date of this Order, up to and including,
5  January 18, 2011 be excluded from computation of time within which the
6  trial of this matter must be commenced under the Speedy Trial Act
7  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow
8  defense counsel time to prepare.
9  Dated:   December 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE