```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE SALAZAR-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-10-0490-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JOSE SALAZAR-HERNANDEZ | ) | Date:  February 10, 2011 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |
| | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JOSE SALAZAR-HERNANDEZ, that the status conference hearing of January 18, 2011 be vacated, and the matter be set for status conference hearing on February 10, 2011 at 10:00 a.m. before the Honorable Kimberly J. Mueller.

    The reason for the continuance is to allow the parties additional time to prepare and in negotiating a possible a resolution in this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of this Order, up to and including February 10, 2011 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: January 14, 2011          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender


                                  */s/ Douglas Beevers*
                                  _____
                                  DOUGLAS BEEVERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE SALAZAR-HERNANDEZ

Dated: January 14, 2011
                                  BENJAMIN B. WAGNER
                                  United States Attorney


                                  */s/ Michele Beckwith*
                                  _____
                                  MICHELE BECKWITH
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** It is ordered that time from the date of this Order, up to and including, February 10, 2011 be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: January 14, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE