```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE SALAZAR-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  2:10-cr-00490 KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| JOSE SALAZAR-HERNANDEZ, | ) | Date:  March 3, 2011 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

The parties request that the status conference in this case be continued from February 17, 2011, to March 3, 2011 at 10:00 a.m.  They stipulate that the time between February 17, 2011 and March 3, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs time to review discovery with the defendant, and to continue investigating the facts of the case.  The parties stipulate and agree that the interests of justice served by

1  granting this continuance outweigh the best interests of the public and
2  the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

3  Dated: February 15, 2011          Respectfully submitted,

4                                    DANIEL BRODERICK
                                     Federal Defender
5

6                                    */s/ Douglas Beevers*
                                     _____
7                                    DOUGLAS BEEVERS
                                     Assistant Federal Defender
8                                    Attorney for Defendant
                                     JOSE SALAZAR-HERNANDEZ
9

10 Dated: February 15, 2011          BENJAMIN B. WAGNER
                                     United States Attorney
11

12                                   */s/ Michele Beckwith*
                                     _____
13                                   MICHELE BECKWITH
                                     Assistant U.S. Attorney
14

15                                 **ORDER**

16     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
17 ordered that the status conference presently set for February 17, 2011,
18 be continued to March 3, 2011, at 10:00 a.m.  Based on the representation
19 of counsel and good cause appearing therefrom, the Court hereby finds
20 that the ends of justice to be served by granting a continuance outweigh
21 the best interests of the public and the defendant in a speedy trial.  It
22 is ordered that time from the date of this Order, to and including, the
23 March 3, 2011, status conference shall be excluded from computation of
24 time within which the trial of this matter must be commenced under the
25 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
26 T-4.

27 Dated:  February 15, 2010.

28                                   _____
                                     UNITED STATES DISTRICT JUDGE